UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CORNELIUS BROWN,

        Defendant.

- - - - - - - - - - - - - - - - x

NOTICE OF
INTENT TO FILE
AN INFORMATION

08 Cr.

**08 CRIM 047**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
             January 16, 2008

                                    MICHAEL J. GARCIA
                                    United States Attorney

                    By: _____
                         Avi Weitzman
                         Assistant United States Attorney

                         AGREED AND CONSENTED TO:

                    By: _____
                         Alan Nelson, Esq.
                         Attorney for Cornelius Brown

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1/16/08 WHEEL A