UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

      - v. -                  :     INFORMATION

CORNELIUS BROWN,                   :     08 Cr.

      Defendant.              :

- - - - - - - - - - - - - - - - x

*Judge Marrero*

**08 CRIM 047**

## COUNT ONE

The United States Attorney charges:

1.   On or about October 3, 2007, in the Southern District of New York and elsewhere, CORNELIUS BROWN, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

    (Title 21, United States Code, Sections 812, 841(a)(1) and
      841(b)(1)(C); Title 18, United States Code, Section 2.)

### FORFEITURE ALLEGATION

2.   As a result of committing the controlled substance offense alleged in Count One of this Information, CORNELIUS BROWN, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to

commit and to facilitate the commission of the violation alleged in Count One of this Information, including but not limited to a sum in United States currency representing the amount of all proceeds obtained as a result of the controlled substance offense alleged in Count One of the Information.

<u>Substitute Asset Provision</u>

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841 and 853.)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**CORNELIUS BROWN,**

Defendant.

INFORMATION

08 Cr. _____

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2).

MICHAEL J. GARCIA
United States Attorney.

3