

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA

    - v. -

CORNELIUS BROWN,

        Defendant.

- - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

08 Cr. _____

08 CRIM 047

    The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
CORNELIUS BROWN

_____
Alan Nelson, Esq.
Attorney for Cornelius Brown

Witness: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 7 2008

Date:    New York, New York

        January _17_, 2008