ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

CORNELIUS BROWN,

Defendant.

08 CR 0047(VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Alan Nelson, the attorney assigned to represent the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney Marlon Kirton.

**SO ORDERED.**

Dated: New York, New York
       8 May 2008

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08