# Marlon G. Kirton, P.C.

| Marlon G. Kirton, Esq.<br>Regina Y. Phillips, Esq.<br><br>D. Andrew Marshall, Esq.<br>Of Counsel | New York City:<br>230 Park Ave. Suite 1000<br>New York, N.Y. 10169<br>Tel # (646) 435 - 5519<br>Fax # (212) 808 - 3020 | Nassau County:<br>175 Fulton Ave. Suite 209<br>Hempstead, N.Y. 11550<br>Tel # (516) 833 - 5617<br>Fax # (516) 833 - 5620 |
|---|---|---|

May 9, 2008

VIA FACSIMILE

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-08
```

Re: *United States v. Cornelius Brown*, 08 Cr. 047 (VM)

Dear Judge Marrero:

I represent Cornelius Brown in the above referenced matter. He is scheduled for a pre trial conference before this court on May 9, 2008. I request that the conference be postponed because the defendant has agreed to plead guilty in this case. I have arranged with the government for the defendant to plead guilty on Monday, May 12, 2008 at 2:30 p.m before a magistrate. I have the consent of the government for this request.

Please contact me if you have any questions or concerns.

Sincerely,

Marlon G. Kirton, Esq.

cc: Avi Weitzman, Assistant United States Attorney

---

Request GRANTED. Defendant Cornelius Brown may proceed to enter a guilty plea before a magistrate judge on 5-12-08.

SO ORDERED:

5-9-08
DATE    VICTOR MARRERO, U.S.D.J.