

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2008

**BY HAND**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08
```

Re:   United States v. Cornelius Brown,
      08 Cr. 47 (VM)

Dear Judge Marrero:

      The Government respectfully submits this letter to request both that Your Honor accept the defendant's plea in this case and the scheduling of a sentencing date for the defendant.

      On May 12, 2008, the defendant pled guilty to the above-referenced Information before Magistrate Judge Theodore H. Katz. Enclosed for Your Honor's review is a copy of the transcript of the defendant's guilty plea allocution. The Government notes that Magistrate Judge Katz recommended that Your Honor accept the defendant's guilty plea to Count One of the Information, which charges the defendant in a narcotics conspiracy. Enclosed for Your Honor's consideration is an order accepting the defendant's guilty plea.

      In addition, the Government respectfully requests that the Court schedule a sentencing date for the defendant. The Government is available at the Court's convenience on any date in September.

```
Request GRANTED. The sentencing of defendant Cornelius
Brown          herein is scheduled for 9-12-08
at  3:30 p.m.  .

SO ORDERED.
5-28-08                    /s/
DATE          VICTOR MARRERO, U.S.D.J.
```

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Avi Weitzman
Assistant United States Attorney
(212) 637-1205

encls.

cc:   Marlon Kirton, Esq. (by fax: 212-808-3020)