```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :   ORDER
       - v. -                      :
                                   :   08 CR. 47 (VM)
CORNELIUS BROWN,                   :
                                   :
               Defendant.          :
                                   :
- - - - - - - - - - - - - - - - - x
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08
```

WHEREAS, with the consent of the defendant, his guilty plea allocution was taken before Magistrate Judge Theodore H. Katz on May 12, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon a review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count I of the Information knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         28 May, 2008

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE