# Marlon G. Kirton, P.C.

---

Marlon G. Kirton, Esq.
Regina Y. Phillips, Esq.
_____
D. Andrew Marshall, Esq.
Of Counsel

New York City:
230 Park Ave. Suite, 1000
New York, N.Y. 10169
Tel # (646) 435 - 5519
Fax # (212) 808 - 3020

Nassau County:
175 Fulton Ave. Suite 209
Hempstead, N.Y. 11550
Tel # (516) 833 - 5617
Fax # (516) 833 - 5620

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-08
```

August 6, 2008

VIA FACSIMILE

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

Re: *United States v. Cornelius Brown*, 08 Cr. 047 (VM)

Dear Judge Marrero:

I represent Cornelius Brown in the above referenced matter. He is scheduled for sentence on August 12, 2008. I request an adjournment of his sentence to August 14, 2008 in the afternoon or August 15, 2008. I will be out of town on August 12-13, 2008 on a business matter. It is not a vacation. I have the consent of the government for this request.

Please contact me if you have any questions or concerns.

Sincerely,

Marlon G. Kirton, Esq.

cc: Avi Weitzman, Assistant United States Attorney

```
Request GRANTED. The sentencing of defendant Cornelius
Brown herein is rescheduled to 8-29-08
at 9:30 a.m.

SO ORDERED.
8-6-08
DATE          VICTOR MARRERO, U.S.D.J.
```